FILED
CHARLOTTE, NC

SEP 17 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO.** 3:24-cr-188-MOC |
| **v.** | **BILL OF INDICTMENT** |
| **THADDEUS JONES,** **Defendant** | **Violation:** 18 U.S.C. § 922(g)(1) |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm by a Convicted Felon)*

On or about October 6, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### THADDEUS JONES,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess at least one firearm, to wit: a Taurus, G2C, 9mm handgun; in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause that the following property is subject to forfeiture on the grounds noted above:

(a) a Taurus, G2C, 9mm handgun; seized October 6, 2023, in the course of the investigation.

A TRUE BILL



FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY